BEFORE THE THIRD DIVISION, OCTOBER 4, 1960

No. 64629.—Ebrahimoff Djemmshidoff *v.* United States, protests 59/32178 and 59/32179 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

No. 64630.—Bacardi Imports, Inc. *v.* United States, protest 59/32559 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.